**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2224

FELIX NIETO,

Plaintiff - Appellant,

v.

ALLIED INTERSTATE, LLC,

Defendant – Appellee,

and

ALLIED INTERSTATE, INC., a corporation,

Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Chief District Judge. (1:13-cv-03495-CCB)

Submitted: March 26, 2015        Decided: April 2, 2015

Before KING, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Felix Nieto, Appellant Pro Se. Stephen Todd Fowler, REED SMITH, LLP, Falls Church, Virginia, Michael B. Roberts, REED SMITH LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felix Nieto appeals the district court's order granting Defendant summary judgment in Nieto's civil action, which was brought pursuant to the Telephone Consumer Protection Act. See 47 U.S.C. § 227 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Nieto v. Allied Interstate, LLC, No. 1:13-cv-03495-CCB (D. Md. Oct. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED